**Jose LOPEZ, Plaintiff–Appellant,**

v.

**S.K. YOUNG; Richard Phillips; Buchanan, Correctional Officer; McCurry, R.N.; Yates, Major; Yeary, Counselor; Bellamy, Correctional Officer; Collins, Sergeant; Jackson, Correctional Officer; Berry, R.N.; Dr. Ohai; Thomas, R.N.; Lester, Lieutenant; Dr. Smith; Bentley, Sergeant; Anderson, Sergeant; F. Willis, Investigator; T. Johnson, Medical Director; Baker, Counselor; Dr. Stater; Mullins, R.N.; Bliley, Correctional Officer; Kiser, Correctional Officer; Medical Department; Grievance Department; R.A. Young, Regional Director; Institutional Administrators, Wallens Ridge State Prison; Flemings, Correctional Officer, Defendants–Appellees.**

No. 02–7463.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Jose Lopez, Appellant Pro Se. Dana L. Gay, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jose Lopez, a Virginia inmate, appeals the district court's order denying his request for discovery, denying his motion for a default judgment, and dismissing without prejudice his claims against some but not all of the Defendants on his complaint brought under 42 U.S.C. § 1983 (2000). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order appealed from is neither a final order nor an appealable interlocutory or collateral order.

We deny Lopez's motion to lift the district court's stay of proceedings pending resolution of this appeal. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*